AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00307 |
| Paul Orta, Jr. | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: ▮ | ) Assign Date: 11/13/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▮▮▮▮▮▮▮▮▮▮
*Complainant's signature*

▮▮▮▮▮▮, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/13/2023__

*Judge's signature*

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*