AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Paul Orta, Jr.<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00307<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 11/13/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                     Paul Orta, Jr.                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

2023.11.13
10:59:17 -05'00'

Date:     11/13/2023

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-13-2023 , and the person was arrested on *(date)* 11-14-2023
at *(city and state)* Blue Earth, MN                       .

Date:   11-14-2023

_____
*Arresting officer's signature*

Glenn Moule, FBI Special Agent
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REMOVAL

|  |  |  |  |
|---|---|---|---|
| United States of America, | ) | **COURT MINUTES - CRIMINAL** | |
| | ) | BEFORE:  JOHN F. DOCHERTY | |
| | ) | U.S. MAGISTRATE JUDGE | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No: | 23-mj-846 JFD |
| | ) | Date: | November 15, 2023 |
| Paul Orta, Jr, | ) | Courthouse: | St Paul |
| | ) | Courtroom: | 6A |
| Defendant. | ) | Time Commenced: | 1:46 p.m. |
| | ) | Time Concluded: | 2:14 p.m. |
| | ) | Time in Court: | 28 minutes |

APPEARANCES:

 Plaintiff: Lauren Roso, Assistant U.S. Attorney
 Defendant: Dan Huddleston, Assistant Federal Public Defender
 X FPD    X To be appointed

 X Advised of Rights

on    X Complaint
X Date charges or violation filed: 11/13/2023
X Current Offense: entering or remaining in a restricted building or grounds; disorderly and disruptive conduct in a restricted building or grounds; obstruction of law enforcement during civil disorder
X **Charges from other District:**  District of Columbia
X Title and Code of underlying offense from other District: 18:1752(a)(1)
X Case no: 1:23-mj-307

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

Next appearance date is Tuesday, November 28, 2023 at 12:30 p.m. (EST) via Zoom before the District of Columbia for:
X Initial Appearance

X Removal hearing waived
X Removal Order to be issued

Government motions to exclude 11/14/2023-11/28/2023 from the Speedy Trial Act. Motion is X GRANTED.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_____ *s/nah*
Signature of Courtroom Deputy

AO 199A (Rev. 12/11) Order Setting Conditions of Release                              Paul  Orta

---

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

```
-------------------------------------
United States of America,            |
                                     |
              v.                     |
                                     |
     Paul  Orta                      |         Case No. 0864 PH002980536-001
        Defendant                    |
                                     |
-------------------------------------
```

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

    (1)        The defendant must not violate any federal, state, or local law while on release.

    (2)        The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

    (3)        The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

    (4)        The defendant must appear in court as required and, if convicted,  must surrender as directed  to serve a sentence that the Court may impose. The defendant must appear at _____
on_____     .

                If blank, defendant will be notified of next appearance.

    (5)        The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order Setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release.  In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged.  To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

      Federal Bureau of Investigation
      Laboratory Division
      2501 Investigation Parkway
      Quantico, VA  22135
      Attn:  Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

Page | 1

AO 199B (Rev. 08/2015) Additional Conditions of Release                                        Paul  Orta

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐  (6)      The defendant is placed in the custody of:
             Person or organization _____
             Address *(Only if above is an organization)* _____
             City and State _____
             Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                              *Custodian or Proxy*                    *Date*

☒  (7)      The defendant must:

   ☒  (a)   submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

   ☐  (b)   continue or actively seek employment.

   ☐  (c)   continue or start an education program.

   ☐  (d)   surrender any passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

   ☐  (e)   not obtain a passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

   ☒  (f)   abide by the following restrictions on personal association, residence, or travel: Travel shall be restricted to Minnesota and the District of Columbia (for court) unless approved by the supervising officer.

   ☐  (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
             _____
             _____

   ☐  (h)   get medical or psychiatric treatment: _____
             _____

Page | 2

AO 199B (Rev. 08/2015) Additional Conditions of Release                                           Paul Orta

---

## ADDITIONAL CONDITIONS OF RELEASE

☐  (i)    return to custody each _____ at _____ o'clock after being released
          at _____ o'clock for employment, schooling, or the following
          purpose(s):
          _____

☐  (j)    maintain residence at a halfway house or community corrections center, as the
          pretrial services office or supervising officer considers necessary, and observe
          the rules and regulations of that facility.

☒  (k)    not possess a firearm, destructive device, or other weapon.

☐  (l)    not use alcohol ☐ at all  ☐ excessively.

☒  (m)    not use or unlawfully possess a narcotic drug or other controlled substances
          defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
          *— one test*

☒  (n)    submit to testing for a prohibited substance ~~if required by the pretrial services~~
          ~~office or supervising officer.~~ Testing may be used with random frequency and
          ~~may include~~ urine testing, the wearing of a sweat patch, a remote alcohol testing
          system, and/or any form of prohibited substance screening or testing. The
          defendant must not obstruct, attempt to obstruct, or tamper with the efficiency
          and accuracy of prohibited substance screening or testing.

*If no prohibited substances are found, there will be no further testing.*

☐  (o)    participate in a program of inpatient or outpatient substance abuse therapy and
          counseling if directed by the pretrial services office or supervising officer.

☐  (p)    participate in one of the following location restriction programs and comply
          with its requirements as directed.
          ☐  (i)    **Curfew.** You are restricted to your residence every day
                    ☐  from _____ to _____ or
                    ☐  as directed by the pretrial services officer, or
          ☐  (ii)   **Home Detention.** You are restricted to your residence at all times
                    except for employment; education; religious services; medical,
                    substance abuse, or mental health treatment; attorney visits; court
                    appearances; court-ordered obligations; or other activities approved
                    in advance by the pretrial services office or supervising officer; or
          ☐  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown
                    at your residence except for medical necessities and court
                    appearances or other activities specifically approved by the court.
          ☐  (iv)   **Stand Alone Monitoring.** You have no residential curfew, home
                    detention, or home incarceration restrictions. However, you must
                    comply with the location or travel restrictions as imposed by the
                    court.
                    **Note:** Stand Alone Monitoring is intended to be used in conjunction
                    with Global Positioning System (GPS) technology (see condition
                    (q)(iii) on next page).

Page | 3

AO 199B (Rev. 08/2015) Additional Conditions of Release                                    Paul  Orta

## ADDITIONAL CONDITIONS OF RELEASE

  ☐    (q)    submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided.

          ☐    (i)    Voice Recognition; or

          ☐    (ii)    Radio Frequency (RF); or

          ☐    (iii)    Global Positioning System (GPS)

  ☐    (r)    pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

  ☒    (s)    report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

  ☒    (t)    reside at an address as approved by the pretrial services office or supervising officer.

AO 199C (Rev. 09/08) Advice of Penalties                                                    Paul  Orta

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

       Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

       While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

       It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

       If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)    An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)    An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)    Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)    A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

       A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

       I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

Page | 5

AO 199C (Rev. 09/08) Advice of Penalties                                                  Paul Orta

## Directions to the United States Marshal

☒       The defendant is ORDERED released after processing.


☐       The United States Marshal is ORDERED to keep the defendant in custody until
        notified by the clerk or judge that the defendant has posted bond and/or
        complied with all other conditions for release.  If still in custody, the defendant
        must be produced before the appropriate judge at the time and place specified.


☐       The United States Marshal is ORDERED to keep the defendant in custody until
        notified by the U.S. Probation and Pretrial Services Office that a halfway house
        bed is available.  If still in custody, the defendant must be produced before the
        appropriate judge at the time and place specified.


Date: _Nov. 15, 2023_      _____
                                           *Judicial Officer's Signature*


                           _____U.S. Magistrate Judge John F. Docherty_____
                                        *Printed Name and Title*


DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL


Page | 6

AO 98 (Rev. 12/11) Appearance Bond                                                                      Paul  Orta

---

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

United States of America,

v.

Paul  Orta,
*Defendant.*

Case No. 23-MJ-846-001 (JFD)

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Paul  Orta</u> *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☒ to appear for court proceedings;

- ☒ if convicted, to surrender to serve a sentence that the court may impose; or

- ☒ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☒ (1) This is a personal recognizance bond.

☐ (2) This is an unsecured bond of $ _____ .

☐ (3) This is a secured bond of $ _____ , secured by:

_____

☐ (a) $ _____ , in cash deposited with the court.

☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it— such as a lien, mortgage, or loan—and attach proof of ownership and value)*:

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

☐ (c) A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

Page | 1

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

> (1)   All owners of the property securing this appearance bond are included on the bond;
> (2)   The property is not subject to claims, except as described above; and
> (3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/15/23

_____
*Defendant's signature*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

### CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Date: November 15, 2023

_____
*Judge's signature*

Page | 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

                Plaintiff,

v.

Paul Orta, Jr,

                Defendant.

Criminal No. 23-mj-846 JFD

**ORDER OF REMOVAL**

       The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on November 15, 2023.   Defendant waived the removal hearing and was released on conditions.

       Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings. Mr. Orta, Jr is ordered to appear in the District of Columbia on November 28, 2023 at 12:30 p.m. (EST) via Zoom.

Dated:  November 15, 2023

                *s/John F. Docherty*
                John F. Docherty
                United States Magistrate Judge

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:23-mj-00846-JFD-1

Case title: USA v. Orta

Date Filed: 11/15/2023

Date Terminated: 11/15/2023

Assigned to: Magistrate Judge John F. Docherty

**Defendant (1)**

**Paul Orta, Jr**
*TERMINATED: 11/15/2023*

represented by **Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

18:1752

**Plaintiff**

**USA**                                          represented by   **Lauren Olivia Roso**
                                                                  U.S. Attorney's Office
                                                                  District of Minnesota
                                                                  300 South 4th Street
                                                                  Ste 600 U.S. Courthouse
                                                                  Minneapolis, MN 55415
                                                                  612-664-5703
                                                                  Email: lauren.roso@usdoj.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2023 | | Arrest (Rule 5) of Paul Orta, Jr (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 1 | Minute Entry for proceedings held before Magistrate Judge John F. Docherty: Initial Appearance in Rule 5(c) (3) Proceedings as to Paul Orta, Jr held on 11/15/2023. Charges from District of Columbia. Counsel to be appointed. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. Removal Hearing waived. Removal Order to be issued. Government motions to exclude 11/14/2023-11/28/2023 from the Speedy Trial Act. Motion is Granted. (Digital Recording) (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 2 | ORDER Setting Conditions of Release as to Paul Orta, Jr. Signed by Magistrate Judge John F. Docherty on 11/15/2023. (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 3 | Personal Recognizance Bond Entered as to Paul Orta, Jr. Signed by Magistrate Judge John F. Docherty on 11/15/2023. (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 5 | ORDER OF REMOVAL to District of Columbia as to Paul Orta, Jr. Signed by Magistrate Judge John F. Docherty on 11/15/2023. (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 6 | Notice to District of Columbia of a Rule 5 as to Paul Orta, Jr. Your case number is: 1:23-mj-307. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ALN) (Entered: 11/15/2023) |
| 11/15/2023 | 7 | NOTICE OF ATTORNEY APPEARANCE for Paul Orta, Jr. (Huddleston, Daniel) (Entered: 11/15/2023) |